```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

BAKRI AWIIS,                      )
                                  )  No. CV-98-481-CI
            Plaintiff,            )
                                  )  ORDER ADOPTING REPORT AND
v.                                )  RECOMMENDATION
                                  )
RICHARD SCHWARZ, et al,           )
                                  )
            Defendant.            )
                                  )
_____)
```

Magistrate Judge Imbrogno filed a Report and Recommendation on June 9, 2006, recommending Plaintiff's Motion to Waive Filing Fee in this matter be granted. (Ct. Rec. 53.) A copy of the Report and Recommendation was sent to the Washington State Attorney General's Office, Criminal Justice Division. The court has received no objections to the Report and Recommendations. Accordingly, the court **ADOPTS** the Report and Recommendation.

**IT IS SO ORDERED.** The District Court Executive shall file this order and enter judgment and shall forward copies of this Order to Petitioner, counsel for Respondent, the Office of Finance in the Clerk's Office, and to the institution where prisoner is currently incarcerated. Thereafter, the file shall be closed.

**DATED** this   6th   day of July, 2006.

                             s/ Fred Van Sickle
                             Fred Van Sickle
                             United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1